# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Efstathia Bura, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:15-cv-00533-CKK |
| | ) |
| The George Washington University | ) |
| | ) |
| Defendant. | ) |

## STATUS REPORT

Defendant George Washington University ("Defendant" or "GW") submits this status report pursuant to the Court's August 29, 2019 Minute Order.[1]

1. On July 9, 2019, the Court issued a memorandum opinion denying GW's motion for summary judgment. [115, 115-1]

2. On August 2, 2019, the Court ordered the parties to submit a joint status report by August 16, 2019 indicating whether the parties will engage in mediation of the above-captioned lawsuit before the Court's status hearing. [Minute Order, Aug. 2, 2019]

3. On August 15, 2019, the parties filed a Joint Motion for Extension of Time requesting that the Court extend the deadline for the joint status report by two weeks. The Court granted the motion. [Minute Order, Aug. 15, 2019]

4. On August 29, 2019, the parties filed a joint status report informing the Court that they had conferred and agreed to pursue private mediation, and proposing that they report back to the Court by December 2, 2019.

---

[1] GW's counsel was unable to reach Dr. Bura's counsel by this filing deadline for purposes of submitting a joint status report.

5. The same day the Court entered a Minute Order acknowledging the parties' plan to pursue private mediation and instructing the parties to submit a joint status report by December 2, 2019 proposing next steps for moving forward.

6. On October 28, 2019, a private mediation was conducted.

7. At this time the parties' dispute is not resolved. However, the parties continue to discuss a potential resolution working with the mediator. Accordingly, GW proposes submitting another status report to the Court in thirty days, on January 3, 2020.

Dated: December 2, 2019   Respectfully Submitted,

    /s/  Laura Offenbacher Aradi
Thomas P. Gies (DC Bar No. 943340)
TGies@crowell.com
Laura Offenbacher Aradi (DC Bar No. 1000199)
LAradi@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 624-2500
Fax: (202) 628-5116

Attorneys for Defendant
The George Washington University

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of December, 2019, the foregoing was served by CM/ECF on all counsel of record as set forth below:

| | |
|---|---|
| Susan E. Huhta | Jonathan L. Gould |
| shuhta@outtengolden.com | jgould@igc.org |
| Cassandra Lenning | Law Office of Jonathan L. Gould |
| clenning@outtengolden.com | 1730 M Street, N.W., Suite 412 |
| Outten & Golden, LLP | Washington, DC  20036 |
| 601 Massachusetts, NW, 2nd Floor West | |
| Washington, DC 20001 | |

Attorneys for Plaintiff
Efstathia Bura

                                                                                /s/  Laura Offenbacher Aradi
                                                                                 Laura Offenbacher Aradi